CHARLES BACON, PLAINTIFF-RESPONDENT, v. ATLANTIC CITY TRANSPORTATION COMPANY, DEFENDANT-APPELLANT.

Argued November 20, 1962—Decided December 3, 1962.

*Mr. Herbert Horn* argued the cause for the appellant (*Messrs. Lloyd, Horn, Megargee & Steedle,* attorneys).

*Mr. Isaac C. Ginsburg* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Lewis in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.